**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In re**

**FOX HARBOUR STORES, INC.**

Case No. 01-36766-DOT

Chapter 7

**Debtor(s)**

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| JESSICA JEAN GRONINGER<br>284 HOWARD ROAD LOT 28<br>NEWPORT, NC 28570 | 47.48 |
| CAROLINA EAST DISTRIBUTORS<br>2005 HIGHWAY 70 EAST<br>KINSTON, NC  28501-0000 | 11.62 |
| FIRST DATA CORP.<br>12500 E. BELFORD AVENUE<br>MAILSTOP M12-N<br>ENGLEWOOD, CO  80112 | 832.25 |
| BARJAN, LLC<br>BOX 71006<br>CHICAGO, IL  60694-1006 | 196.61 |
| BTI<br>FINANCING SOLUTIONS-RECOVERY<br>4300 SIX FORKS ROAD<br>RALEIGH, NC  27609-0026 | 471.81 |
| ATLANTIC ICE CORP.<br>POST OFFICE BOX 1151<br>NEW BERN, NC  28563-0000 | 107.80 |

```
CARTERET CRAVEN ELECTRIC COOP.                         140.09
1300 HIGHWAY 24
BOX 1499
MOREHEAD CITY, NC  28557-0000

WISE SNACKS                                             91.11
4001 C HOLLAND BOULEVARD
CHESAPEAKE, VA  23323-0000

CLASSIFIED PLUS/CYNTHIA CRAWFORD                        23.45
POST OFFICE BOX 982
KITTY HAWK, NC  27949-0000

PTC                                                 20,893.18
POST OFFICE BOX 1283
MOUNT AIRY, NC  27030-0000

WILLIAMSTON, TOWN OF                                     4.72
TAX OFFICE
BOX 506
WILLIAMSTON, NC  27892-0000

UNIFIRST CORPORATION                                   285.85
821 S. CHURCH STREET
ROCY MOUNT NC 27803
```

Dated: June 22, 2010                /s/ Sherman B. Lubman
                                SHERMAN B. LUBMAN, Trustee
                                P. O. BOX 5757
                                GLEN ALLEN, VA  23058-5757

                                (804) 290-4490

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to the Office of the U.S. Trustee, at 701 East Broad St., Room 4304, Richmond, VA 23219 on June 22, 2010.

                                /s/ Sherman B. Lubman
                                SHERMAN B. LUBMAN